UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **HANOVER INSURANCE COMPANY, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**CRUM & FORSTER SPECIALITY** )<br>**INSURANCE COMPANY** )<br>)<br>**Defendant.** )<br>) | **Civil Action No.**<br>**15-CV-13635 - FDS** |

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, J.**

The Court having been advised by the parties report that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/s/ Lisa Pezzarossi
_____
Lisa Pezzarossi, Deputy Clerk

February 8, 2016
 Date