IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HANOVER INSURANCE COMPANY,
    Plaintiff

VS.                                          DOCKET NO. 1:15-CV-13635-FDS

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,
    Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Hanover Insurance Company and Crum & Forster Specialty Insurance Company hereby stipulate and agree that the action, be dismissed with prejudice, without costs and waiving all rights of appeal.

*Counsel for the Plaintiff*:                *Counsel for the Defendant*:

/s/ John H. Bruno II                    /s/ R. Cornelius Danaher, Jr.
John H. Bruno II, Esquire #542098        R. Cornelius Danaher, Jr. #568558
The Hanover Law Group                    Calum B. Anderson, Esquire #018140
124 Long Pond Road, Unit 11              DanaherLagnese, PC
Plymouth, MA 02360                         21 Oak Street 7th Floor
(508)591-6910                                    Hartford, CT 06106
JBruno@hanover.com                      60 State Street
                                                  Boston, MA 02109
                                                  (617)371-2997
                                                  ndanaher@danaherlagnese.com
                                                  canderson@danaherlagnese.com

## CERTIFICATE OF SERVICE

I, John H. Bruno II, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2016.

                                                  Respectfully submitted,

                                                  /s/ John H. Bruno II
                                                  John H. Bruno II, Esquire #542098
                                                  The Hanover Law Group
                                                  124 Long Pond Road, Unit 11
                                                  Plymouth, MA 02360
                                                  (508)591-6910
                                                  JBruno@Hanover.com